**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 48 EAL 2020
:
Respondent   :
:
:   Petition for Allowance of Appeal
:   from the Order of the Superior Court
v.   :
:
:
DESMOND JANQDHARI,   :
:
Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of June, 2020, the Petition for Allowance of Appeal is **DENIED**.